IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN EDWARD ESTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:11-cv-00017 |
| v. ) | |
| ) | Judge Nixon |
| ) | Magistrate Judge Griffin |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff John Edward Estep's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a Memorandum in Support (Doc. No. 13). Defendant Commissioner of Social Security filed a Response. (Doc. No. 14.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 18 at 34.) The Report was filed on January 18, 2013, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 21st day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT